UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 1:13-CV-00098

EASEMENTS AND RIGHTS-OF-WAY
OVER A TOTAL OF 0.484 ACRE OF
LAND, MORE OR LESS, IN
HICKMAN COUNTY,
TENNESSEE, and
CARL BROOKS GARDNER, ET UX.,
Defendants.

## MOTION FOR ENTRY OF A CONSENT JUDGMENT
## AND ORDER DISBURSING FUNDS

As shown by the signatures of the parties on the attached proposed Judgment and Order Disbursing Funds (proposed Judgment), the parties have settled this action. In implementation of the settlement, on June 30, 2014, Plaintiff sent the Clerk of this Court by Federal Express a check for the additional deposit required by the proposed Judgment and a form which contains the payees' federal tax identification numbers and mailing address (for the Financial Administrator's use). Plaintiff has confirmed that said additional deposit and form were delivered to the Clerk's office.

In light of the foregoing, Plaintiff moves that the Court enter the attached proposed Judgment, which has been signed by all parties in this action and is submitted pursuant to paragraph 5.08 of this Court's Administrative Practice and Procedures for Electronic Case Filings.

1